# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

MELVIN DAMOND BENJAMIN,

v.

UNITED STATES OF AMERICA,

5:15-cv-67
5:13-cr-13

# ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit, U.S. Court of Appeals, is made the order of this Court.

SO ORDERED this 21 day of February, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA